IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-17-D
No. 5:15-CV-99-D

| | |
|---|---|
| TYSHIK-KEE WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 43]. The response is due not later than June 5, 2015.

SO ORDERED. This **27** day of April 2015.

                                                JAMES C. DEVER III
                                                Chief United States District Judge